# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146140(16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 146140
                                        COA: 311749
                                        Isabella CC: 2011-001635-FH;
                                        2011-001642-FH;
                                        2011-002495-FH;
                                        2011-001835-FH

FRANCIS EDWARD PARKS,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's March 8, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

d0722